

FILED
NOV 0 1 2017
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH: | MJ-17-64-BLG-TJC |
|---|---|
| RESIDENCE LOCATED AT 22 ALMA LANE, BILLINGS, MONTANA 59102 | ORDER |

Based on the motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application, Search Warrant, and Affidavit filed herein, are SEALED until initial appearance on an Indictment of any defendant related to this search warrant and service/receipt of defense counsel's discovery request, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

DATED this  1  day of November, 2017.

TIMOTHY J. CAVAN
United States Magistrate Judge